UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 5987 STONE HOLLOW AVENUE TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>        Defendants. | 2:13-CV-00629-PMP-CWH<br><br><br><br>ORDER |

IT IS ORDERED that Plaintiff's Motion to Amend Complaint, Motion to Extend Discovery and Dispositive Motion Deadlines, and Motion to Withdraw Motion for Summary Judgment (Doc. #28) is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall detach and file separately the proposed amended complaint on or before May 9, 2014.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #27) is hereby withdrawn.

IT IS FURTHER ORDERED that discovery deadlines will be reset after Defendant JPMorgan Chase Bank appears in the case.

DATED: April 28, 2014

_____
PHILIP M. PRO
United States District Judge