Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 5987 STONE HOLLOW AVENUE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK<br><br>Defendant. | CASE NO: 2:13-CV-00629-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff 5987 Stone Hollow Ave Trust ("**Plaintiff**") and Defendant JPMorgan Chase Bank, N.A. ("**Chase**"), by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

…

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1. Plaintiff's claims against Chase in the above-captioned matter are dismissed WITH PREJUDICE, each party to bear its own fees and costs.

Dated this 12th day of July, 2018.

Dated this 12th day of July, 2018.

SMITH LARSEN & WIXOM

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant
Defendant JPMorgan Chase Bank, N.A.

/s/ *Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Attorneys for Plaintiff
5987 Stone Hollow Ave Trust

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATE: July 16, 2018.